UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.  **CV 12-09433-MWF (Ex)**              Date: **January 4, 2013**

Title:      Signet Domain LLC -*v*- Harolyn Rhue, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT
         JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                            None Present

PROCEEDINGS (IN CHAMBERS):  ORDER REMANDING ACTION TO
                            STATE COURT

On December 4, 2012, the Court issued an Order to Show Cause Re: Remand to State Court.  (Docket No. 3).  Defendant Harolyn Rhue's Notice of Removal (Docket No. 1) had not adequately alleged subject matter jurisdiction. (*See* Docket No. 3).

The Court ordered Rhue to file a written response by no later than December 18, 2012, and warned that "[f]ailure of Rhue to respond by the above date will result in the Court's remanding this action to California Superior Court."  (*Id.*)

To date, Rhue has not filed a written response or otherwise responded to the Court's Order to Show Cause.

Accordingly, this action is REMANDED to California Superior Court.

IT IS SO ORDERED.

---